NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ILLUMINA, INC.,**
*Plaintiff-Appellant,*

**v.**

**AFFYMETRIX, INC.,**
*Defendant-Appellee.*

---

2011-1145, 1146

---

Appeal from the United States District Court for the Western District of Wisconsin in consolidated Case Nos. 09-CV-0277 and 09-CV-0665, Senior Judge Barbara B. Crabb.

---

**JUDGMENT**

---

GREGORY A. CASTANIAS, Jones Day, of Washington, DC, argued for plaintiff-appellant. Of counsel on the brief were JEFFREY N. COSTAKOS and KIMBERLY K. DODD, Foley & Lardner LLP, of Milwaukee, Wisconsin and GEORGE E. QUILLIN, of Washington, DC.

RICHARD P. BRESS, Latham & Watkins, LLP, of Washington, DC, argued for defendant-appellee. On the brief were ROGER J. CHIN, Latham & Watkins, LLP, of San Francisco, California and RON E. SHULMAN, of Menlo Park, California. Of counsel was THOMAS T. CARMACK, Wilson Sonsini Goodrich & Rosati, of Palo Alto, California.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and REYNA, *Circuit Judges*).

**AFFIRMED. *Se* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 18, 2011     /s/ Jan Horbaly
Date     Jan Horbaly
Clerk